1  PHILLIP A. TALBERT
   United States Attorney
2  MARK J. McKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  1:21-CR-00277-NONE-SKO
12                       Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                           ORDER
14  MYRON KILGORE,                         DATE: June 15, 2022
                                           TIME: 1:00 p.m.
15                       Defendant.        COURT: Hon. Sheila K. Oberto
16

17                            **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for a status conference on June 15, 2022.

21        2.      By this stipulation, defendant now moves to continue the status conference until August

22  31, 2022, and to exclude time between June 15, 2022, and August 31, 2022, under the Speedy Trial Act.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24                a)      The government has represented that the discovery associated with this case

25  includes investigative reports, body camera footage, and court documents All of this discovery

26  has been either produced directly to counsel and/or made available for inspection and copying.

27                b)      Counsel for defendant desires additional time to review discovery, consult with

28  her client, conduct investigation into the charges, and to explore potential resolution with the

government.

       c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2022 to August 31, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4       IT IS SO STIPULATED.

5

6

7 Dated:  June 7, 2022                   PHILLIP A. TALBERT
                                     United States Attorney

8

9                                      /s/ MARK J. McKEON
                                   MARK J. McKEON
                                   Assistant United States Attorney

10

11

12 Dated:  June 7, 2022                   /s/ ERIN SNIDER
                                     ERIN SNIDER

13                                      Counsel for Defendant
                                     MYRON KILGORE

14

15

16                              **ORDER**

17       IT IS SO ORDERED.

18

19

20 DATED: 6/8/2022                       *Sheila K. Oberto*

21                               THE HONORABLE SHEILA K. OBERTO
                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28