| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
MYRON KILGORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00277-JLT-SKO-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:  November 2, 2022 |
| MYRON KILGORE, | Time:  1:00 p.m. |
| Defendants. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Mark Joseph McKeon, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Myron Kilgore, that the Court may continue the status conference currently scheduled for August 31, 2022, at 1:00 p.m. to November 2, 2022, at 1:00 p.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on August 31, 2022, at 1:00 p.m.

2. The government has provided initial discovery and a plea offer.

3. Counsel for Mr. Kilgore requires additional time to review discovery, consult with her client regarding his options, and conduct necessary investigation.

5. Counsel for Mr. Kilgore believes that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 31, 2022, to November 2, 2022, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 24, 2022

*/s/ Myron Kilgore*
MYRON KILGORE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 24, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MYRON KILGORE

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for August 31, 2022, at 1:00 p.m. is hereby continued to November 2, 2022, at 1:00 p.m. The time period of August 31, 2022, to November 2, 2022, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

Date: 8/24/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge