HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MYRON KILGORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRON KILGORE,<br><br>Defendants. | Case No. 1:21-cr-00277-JLT-SKO-1<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE; ORDER**<br><br>Date:   January 20, 2023<br>Time:   9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Myron Kilgore, that the Court may vacate the status conference currently scheduled for November 2, 2022, at 1:00 p.m. and set the following motion briefing schedule: motions due December 2, 2022; opposition due December 30, 2022; reply due January 13, 2023; motion hearing on January 20, 2023, at 9:00 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on November 2, 2022, at 1:00 p.m.

2. The government has provided initial discovery and a plea offer.

3. Counsel for Mr. Kilgore intends to file a motion to suppress and a motion to dismiss. Counsel for Mr. Kilgore requires time to prepare said motions.

5. Counsel for Mr. Kilgore believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance and motion briefing schedule.

7. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 2, 2022, to January 20, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 26, 2022

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 26, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MYRON KILGORE

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for November 2, 2022, at 1:00 p.m. is hereby vacated. The defense shall file any motions by December 2, 2022; the government shall file its opposition by December 30, 2022; and the defense may file a reply by January 13, 2023. A motion hearing is set for January 20, 2023, at 9:00 a.m. The time period of November 2, 2022, to January 20, 2023, inclusive, is excludable pursuant to 18 U.S.C § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

Date: 10/27/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge

Kilgore – Stipulation to Vacate Status Conference and Set Motion Briefing Schedule     3