HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MYRON KILGORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00277-JLT-SKO-1 |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING MOTIONS AND TO CONTINUE MOTION HEARING; ORDER** |
| vs. | |
| MYRON KILGORE, | Date: February 27, 2023<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Myron Kilgore, that the Court may extend the deadline for filing motions and may continue the motion hearing currently scheduled for January 20, 2023, to February 27, 2023, at 10:00 a.m.

Defense counsel is currently exploring a potential resolution of this case that would obviate the need to file any motions. Defense counsel requires additional time to conduct research, consult with her client, and extend a proposal to counsel for the government. Failure to grant the above-requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties have agreed to the following new deadlines: any motions shall be filed by January 3, 2023; any opposition shall be filed by January 30, 2023; and any reply shall be filed

by February 13, 2023. Both parties are available for a motion hearing on February 27, 2023, at 10:00 a.m.

In light of the foregoing, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et seq. The parties further agree that, for the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period of December 1, 2022, to February 27, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 1, 2022          */s/ Chan Hee Chu*
                                CHAN HEE CHU
                                Special Assistant United States Attorney
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: December 1, 2022          */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                MYRON KILGORE

**O R D E R**

**IT IS SO ORDERED.** Any motions shall be filed by January 3, 2023; any opposition shall be filed by January 30, 2023; and any reply shall be filed by February 13, 2023. The motion hearing currently scheduled for January 20, 2023, is hereby continued to February 27, 2023, at 10:00 a.m. For the reasons set forth in the stipulation, the time period of December 1, 2022, to February 27, 2023, inclusive, is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv). IT IS SO ORDERED.

Dated:   **December 2, 2022**

UNITED STATES DISTRICT JUDGE