| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | MYRON KILGORE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00277-JLT-SKO-1 |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING REPLY BRIEFS AND TO CONTINUE MOTION HEARING; ORDER** |
| vs. | |
| MYRON KILGORE, | Date:   March 13, 2023 |
| | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Myron Kilgore, that the Court may extend the deadline for filing the defense's reply briefs to February 15, 2023, and continue the motion hearing currently set for February 27, 2023, to March 13, 2023, at 10:00 a.m.

   Pursuant to the previously established briefing schedule, the defense's reply briefs are due February 13, 2023. Defense counsel requires additional time to conduct research and draft her briefs. Counsel for the government has no objection to a two-day extension of the deadline to February 15, 2023. To allow the Court sufficient time to review the briefing, the parties also request that the Court continue the motion hearing to March 13, 2023, at 10:00 a.m. The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act,

18 U.S.C. § 3161, et seq. The parties further agree that, for the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period of February 27, 2022, to March 13, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 13, 2023   */s/ Chan Hee Chu*
CHAN HEE CHU
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 13, 2023   */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MYRON KILGORE

## **O R D E R**

**IT IS SO ORDERED.** The defense's reply briefs shall be filed on or before February 15, 2023. The motion hearing currently scheduled for February 27, 2023, is hereby continued to March 13, 2023, at 10:00 a.m. For the reasons set forth in the stipulation, the time period of February 27, 2023, to March 13, 2023, inclusive, is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **February 13, 2023**

UNITED STATES DISTRICT JUDGE