HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MYRON KILGORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRON KILGORE,<br><br>Defendants. | Case No. 1:21-cr-00277-JLT-SKO-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  May 3, 2023<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Myron Kilgore, that the Court may continue the status conference currently scheduled for March 15, 2023, at 1:00 p.m. to May 3, 2023, at 1:00 p.m.

The parties agree and request that the Court make the following findings:

1. On March 14, 2023, Judge Thurston denied Mr. Kilgore's motion to dismiss and motion to suppress and set this matter for a status conference on March 15, 2023, at 1:00 p.m. Judge Thurston noted in her orders denying the motions that counsel could stipulate to a different status conference date, assuming an appropriate exclusion of time.

2. Counsel for Mr. Kilgore has been unable to update her client regarding Judge Thurston's orders, as Mr. Kilgore is housed at Central Valley Annex.

3. In light of Judge Thurston's orders, counsel for Mr. Kilgore requires additional time to consult with her client regarding his options and engage in potential plea negotiations.

4. Counsel for Mr. Kilgore believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 15, 2023, to May 3, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 14, 2023         */s/ Chan Hee Chu*
                             CHAN HEE CHU
                             Special Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender


Date: March 14, 2023         */s/ Erin Snider*
                             ERIN SNIDER
                             Assistant Federal Defender
                             Attorney for Defendant
                             MYRON KILGORE

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for March 15, 2023, at 1:00 p.m. is hereby continued to May 3, 2023, at 1:00 p.m. The time period of March 15, 2023, to May 3, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

Date:   3/14/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States District Judge