HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MYRON KILGORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MYRON KILGORE,<br><br>Defendants. | Case No. 1:21-cr-00277-JLT-SKO-1<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR TRIAL; ORDER**<br><br>Date:   October 24, 2023<br>Time:  8:30 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Myron Kilgore, that the Court may vacate the status conference currently scheduled for May 3, 2023, at 1:00 p.m. and set this matter for a jury trial on October 24, 2023, at 8:30 a.m.

On April 12, 2023, the Court directed the parties to meet and confer and select a mutually convenient trial date. The parties have selected October 24, 2023, at 8:30 a.m. The parties agree and request that the Court make the following findings:

1. The government has produced 61 bates-marked items in this matter.

2. Counsel for Mr. Kilgore requires additional time to review discovery, consult with her client regarding the case, conduct necessary investigation, and prepare for trial.

3. Counsel for Mr. Kilgore believes that failure to grant the above-requested

continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 3, 2023, to October 24, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 26, 2023

*/s/ Chan Hee Chu*
CHAN HEE CHU
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 26, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MYRON KILGORE

# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for May 3, 2023, is hereby vacated. This matter is set for a jury trial on October 24, 2023, at 8:30 a.m. before District Judge Jennifer L. Thurston. For the reasons set forth in the stipulation, the time period of May 3, 2023, to October 24, 2023, inclusive, is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

Date: 4/27/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge