P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Myron Kilgore

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRON KILGORE,<br><br>Defendant. | CASE NO. 1:21-CR-00277<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE;<br><br>DATE: August 11, 2026<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on August 11, 2026. The parties agree and stipulate to continue the status conference until September 8, 2026, to accommodate the schedule of counsel and for further investigation.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on August 11, 2026.

2. By this stipulation, defendant now moves to continue the status conference until **September 8, 2026, at 2:00 p.m.**

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

4. A superseding petition was filed on August 3, 2026. Defense Counsel never received a

copy of said petition, never received notice it was filed, and cannot access said petition from PACER (Docket Number 69) as of 8/10/26

5. Defense Counsel received notice of the superseding petition on 8/10/26 from the US Attorney's Office at or around 11:00 a.m. Defense Counsel tried to access the petition several times via PACER and was unable to as of 11:30 a.m. on 8/10/26.

IT IS SO STIPULATED.

Dated: August 10, 2026

ERIC GRANT
United States Attorney

/s/ BRENDAN DALY
BRENDAN DALY
Assistant United States Attorney

Dated: August 10, 2026

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
MYRON KILGORE

**ORDER**

Having reviewed the parties' stipulation and findings,

IT IS HEREBY ORDERED that the status conference scheduled for August 11, 2026 at 2:00 p.m. is continued to September 8, 2026 at 2:00 p.m. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated: **August 10, 2026**

UNITED STATES MAGISTRATE JUDGE